IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| MICHAEL ALLEN JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 1:18-CV-329-GCM |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Plaintiff's counsel filed a motion for approval of attorney's fees under 42 U.S.C. § 406(b), in the amount of $6,000.00. Attorney's fees under 42 U.S.C. § 406(b) are paid from past-due benefits awarded to a successful claimant. Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. After considering the factors identified by the Fourth Circuit in *Mudd v. Barnhart*, 418 F.3d 424, 428 (4th Cir. 2005), the Court finds the fees requested to be reasonable.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $6,000.00.

Signed: January 6, 2021

Graham C. Mullen
United States District Judge